IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bruce Committe, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv563 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Miami University, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 2, 2017 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 16, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to obey a Court order. Therefore, this case is TERMINATED off the docket of this Court.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court